# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HOWARD BROWN,

    Plaintiff,

    v.

MONROE COUNTY COURT OF COMMON PLEAS,

    Defendant

No. 3:12-CV-999

(JUDGE CAPUTO)

(MAGISTRATE JUDGE BLEWITT)

## ORDER

**NOW** this _19th_ day of July 2012, upon review of Magistrate Judge Blewitt's Report and Recommendation (Doc. 7) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 7) is **ADOPTED.**

(2) The Plaintiff's Motion for Leave to Proceed in forma pauperis (Doc. 4) is **GRANTED** solely for the purpose of filing this case.

(3) Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE.**

(4) The Clerk of Court is ordered to mark this matter as **CLOSED.**

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge